# MEMORANDUM OF DECISIONS.

## SUITS DISMISSED.

### MARCH 21, 1913.

*Medicinal preparation.*—Rockhill & Vietor *v.* United States (968), Parke, Davis & Co. *v.* United States (969), Horner *v.* United States (970), National Aniline & Chemical Co. *v.* United States (971), Fritsche Bros. *v.* United States (972), Stanley, Jordan & Co. *v.* United States (973), Lane & Co. *v.* United States (974), Lueders & Co. *v.* United States (975), Parke, Davis & Co. *v.* United States (976), Gravenhorst & Co. *v.* United States (977).

### APRIL 8, 1913.

*Tomato paste.*—Vitelli & Son et al. *v.* United States (1054).
*Grain leather.*—Hensel, Bruckmann, Lorbacher et al. *v.* United States (1098).

### APRIL 11, 1913.

*Tomato paste.*—Vitelli & Son *v.* United States (1053).
*Grain leather.*—Bartley Bros. & Hall *v.* United States (1156).

### MAY 13, 1913.

*Horse-radish roots.*—United States *v.* Ruckert (1089).

### MAY 16, 1913.

*Horse-radish roots.*—United States *v.* Meyer (1088).

### MAY 27, 1913.

*Capers, pickles.*—S. S. Pierce Co. *v.* United States (1111).

### SEPTEMBER 30, 1913.

*Embroidered leather gloves.*—United States *v.* Abraham & Straus et al. (957).
*Leather cases.*—United States *v.* Knauth, Nachod & Kuhne (1056); United States *v.* R. H. Macy & Co. (1057).
*Comissions—Duress.*—Vandegrift & Co. *v.* United States (1138).
*Creosote oil.*—Downing & Co. *v.* United States (1153).
*Palm-leaf manufactures.*—United States *v.* Mills & Duflot (1187).

### OCTOBER 7, 1913.

*Jewelry.*—United States *v.* Pratt & Farmer Co. (1176, 1177).

### OCTOBER 20, 1913.

*Jewelry.*—United States *v.* Wiener Bros. et al. (1214); United States *v.* Lisner & Co. et al. (1230).